UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON HELEN FAIRCHILD,<br><br>Plaintiff,<br><br>v.<br><br>TONEY WAYNE MEREDITH, et al.,<br><br>Defendants. | No.  2:24-cv-01907-KJM-CKD (PS)<br><br><br>ORDER |

      Plaintiff Alison Helen Fairchild proceeds without counsel and seeks to participate in electronic case filing. (ECF No. 3.) "[A]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff affirms understanding of the requirements for electronic case filing but does not provide good cause for deviance from the Local Rule. The request will be granted only in part, with respect to electronic service of documents. Plaintiff's request to participate in electronic filing will be denied as to the request to use the CM/ECF system to file documents. The denial of this request is without prejudice to renewal at a later stage of the case. If plaintiff needs additional time to respond to filings due to lack of access to electronic filing, then plaintiff may request extensions of time as needed.

1

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's motion to participate in electronic case filing (ECF No. 3) is GRANTED IN PART AND DENIED IN PART.

    a. The motion to participate in electronic case filing is GRANTED with respect to electronic service of documents. The clerk is directed to configure plaintiff's account to receive immediate email notifications when documents are filed in this case.

    b. The motion to participate in electronic case filing is DENIED with respect to plaintiff's request to participate in the CM/ECF system to file documents. Plaintiff shall continue to file paper documents with the court through conventional means.

2. Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

Dated: September 10, 2024

*[signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
fair24cv1907.efile

2