UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON HELEN FAIRCHILD,<br><br>Plaintiff,<br><br>v.<br><br>TONEY WAYNE MEREDITH, et al.,<br><br>Defendants. | No. 2:24-cv-1907-DC-CKD (PS)<br><br><br><br>ORDER |

Plaintiff, proceeding without the assistance of counsel, filed the instant action on July 11, 2024, and paid the filing fee.[1] (ECF No. 1.) On July 12, 2024, the Clerk's Office issued summons to serve the defendants. (ECF No. 5.)

Pursuant to Rule 4 of the Rule of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). The record does not reflect that plaintiff has attempted service on any defendants.

---

[1] Because plaintiff proceeds without counsel, this matter was referred to the undersigned under Local Rule 302(c)(21).

1

In accordance with the above, IT IS ORDERED that:

1. Within 14 days of service of this order, plaintiff shall either file plaintiff's proof of service on defendants or a statement indicating the status of service and any good cause reasons why defendants have not been served pursuant to Federal Rule of Civil Procedure 4.

2. Failure to respond to this order will result in a recommendation that this case be dismissed without prejudice.

Dated:  December 6, 2024

/s/ Carolyn K. Delaney
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, fair24cv1907.4m