UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON HELEN FAIRCHILD,<br><br>Plaintiff,<br><br>v.<br><br>TONEY WAYNE MEREDITH, et al.,<br><br>Defendants. | No. 2:24-cv-01907-DC-CKD (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Alison Helen Fairchild is proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 3, 2025, the assigned magistrate judge issued an order *sua sponte* extending the time for Plaintiff to serve Defendants under Rule 4 of the Federal Rules of Civil Procedure. (Doc. No. 12.) The magistrate judge warned Plaintiff that failure to effectuate service of process within the allotted time or to make a detailed showing of good cause would result in a recommendation that Plaintiff's claims be dismissed due to her failure to serve Defendants. (*Id*. at 5.) To date, Plaintiff has not filed a statement of service and has not responded to the court's January 3, 2025 order.

Consequently, on January 28, 2025, the magistrate judge issued findings and recommendations recommending this action be dismissed, without prejudice, due to Plaintiff's

1

1 failure to properly serve Defendants and failure to comply with the court's January 3, 2025 order.
2 (Doc. No. 13.)  The pending findings and recommendations were served on Plaintiff and
3 contained notice that any objections thereto were to be filed within fourteen (14) days after
4 service. (*Id*. at 3.) To date, no objections to the findings and recommendations have been filed,
5 and the time in which to do so has now passed.
6       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
7 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
8 findings and recommendations are supported by the record and by proper analysis.
9       Accordingly,
10       1.      The findings and recommendations issued on January 28, 2025 (Doc. No. 13) are
11            ADOPTED in full;
12       2.      This action is dismissed, without prejudice, due to Plaintiff's failure to serve
13            Defendants and failure to comply with a court order; and
14       3.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **March 13, 2025**

Dena Coggins
United States District Judge

2